1 DOWNEY BRAND LLP
  ELIZABETH B. STALLARD (Bar No. 221445)
2 estallard@downeybrand.com
  621 Capitol Mall, 18th Floor
3 Sacramento, California 95814
  Telephone:   916.444.1000
4 Facsimile:   916.444.2100

5 Attorneys for Defendants
  LFC ANTELOPE, INC.; ST. JOACHIM
6 VENTURES, LLC; LEATHERBY'S FAMILY
  CREAMERY; and ST. ANNE VENTURES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| ALBERT TORRES, JR., | Case No. 2:21-cv-01233-MCE-AC |
|---|---|
| Plaintiff, | *Hon. Morrison C. England* |
| v. | **STIPULATION TO EXTEND TIME FOR RESPONDING TO COMPLAINT; ORDER THEREON** |
| LFC ANTELOPE, INC.; ST. JOACHIM VENTURES, LLC; LEATHERBY'S FAMILY CREAMERY; ST. ANNE VENTURES, LLC, | |
| Defendants. | |

Pursuant to Eastern District of California Local Rule 144(a), Plaintiff ALBERT TORRES, JR. ("Plaintiff") and Defendants LFC ANTELOPE, INC.; ST. JOACHIM VENTURES, LLC; LEATHERBY'S FAMILY CREAMERY; and ST. ANNE VENTURES, LLC (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree to further extend the time for Defendants to respond to Plaintiff's Complaint as follows:

**RECITALS**

WHEREAS, Defendants' responsive pleading to the Complaint was originally due on August 10, 2021.

/ / /

1  WHEREAS, on August 10, 2021, the parties filed their stipulation to extend Defendants'
2  responsive pleading due date to September 7, 2021.[1]

3  WHEREAS, the parties have been pursuing, but have not yet completed, good faith
4  settlement discussions, and believe it will be beneficial for both the parties and the Court to
5  continue to focus time and resources on settlement at this time.

6  WHEREAS, the parties agree to stipulate to a further extension of three weeks (21 days)
7  for Defendants to file a responsive pleading to Plaintiff's Complaint.

8  WHEREAS, an additional 21 days for Defendants to file their response to Plaintiff's
9  Complaint will not alter the date of any event or any deadline already fixed by Court order.

10  WHEREAS, this is the second request for an extension in this action.

**STIPULATION**

12  IT IS HEREBY STIPULATED that Defendants shall answer or otherwise respond to
13  Plaintiff's Complaint on or before September 28, 2021.

14  DATED:  September 10, 2021         REIN & CLEFTON, Attorneys at Law

16  By:   /s/ *Aaron M. Clefton* (as authorized on 9/07/2021)
                AARON M. CLEFTON
17              Attorneys for Plaintiff
                ALBERT TORRES, JR.

19  DATED:  September 10, 2021         DOWNEY BRAND LLP

21  By:   /s/ *Elizabeth B. Stallard*
                ELIZABETH B. STALLARD
22              Attorneys for Defendants
                LFC ANTELOPE, INC.; ST. JOACHIM
23              VENTURES, LLC; LEATHERBY'S FAMILY
                CREAMERY; and ST. ANNE VENTURES, LLC

25  / / /
26  / / /

---

[1] The filed stipulation inadvertently did not list each Defendant.

**ORDER**

After full consideration of the matter, and given the Stipulation of the parties, this Court finds as follows:

Pursuant to Local Rule 144(a) of the Eastern District of California Local Rules, the deadline of Defendants LFC Antelope, Inc.; St. Joachim Ventures, LLC; Leatherby's Family Creamery; and St. Anne Ventures, LLC to respond to Plaintiff's Complaint is extended up to and including **September 28, 2021**.

IT IS SO ORDERED.

Dated:  September 10, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE