PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:    510/832-5001
Facsimile:     510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
ALBERT TORRES, JR.

DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
estallard@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

Attorneys for Defendants
LFC ANTELOPE, INC.; ST. JOACHIM VENTURES, LLC;
LEATHERBY'S FAMILY CREAMERY; and ST. ANNE VENTURES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT TORRES, JR., <br><br> Plaintiff, <br><br> v. <br><br> LFC ANTELOPE, INC.; ST. JOACHIM VENTURES, LLC; LEATHERBY'S FAMILY CREAMERY; ST. ANNE VENTURES, LLC, <br><br> Defendants. | CASE NO. 2:21-cv-01233-MCE-AC <br> <u>Civil Rights</u> <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Action Filed:  June 14, 2021 |

///

///

///

///

# STIPULATION

Plaintiff ALBERT TORRES, JR. ("Plaintiff") and Defendants LFC ANTELOPE, INC.; ST. JOACHIM VENTURES, LLC; LEATHERBY'S FAMILY CREAMERY; and ST. ANNE VENTURES, LLC, ("Defendants") hereby stipulate and request, pursuant to FRCP Rule 41(a), that the Court order that all of Plaintiff's claims in this action against each of the Defendants be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated:  October 25, 2021    REIN & CLEFTON

　　　　　　　　　　　　　　　　　　/s/ Aaron M. Clefton
By:  AARON M. CLEFTON, Esq.
Attorneys for Plaintiff
ALBERT TORRES, JR

Dated:  October 25, 2021    DOWNEY BRAND LLP

　　　　　　　　　　　　　　　　　　/s/ Elizabeth Stallard
By:  ELIZABETH STALLARD, ESQ.
Attorneys for Defendants
LFC ANTELOPE, INC.; ST. JOACHIM VENTURES, LLC; LEATHERBY'S FAMILY CREAMERY; and ST. ANNE VENTURES, LLC.

# ORDER

Pursuant to stipulation, and for good cause shown, this case is hereby DISMISSED with prejudice.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATED:  November 1, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE